IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

        Plaintiff,                        No. CIV S-08-2790 GGH P

   vs.

S. WILLIS,

        Defendant.                    <u>ORDER</u>

_____/

        Defendant Willis filed a motion for summary judgment on November 17, 2010, and plaintiff has not filed an opposition. The proof of service indicates that the summary judgment motion was served on plaintiff at an old address. Plaintiff's most current address is listed in docket #23 filed January 6, 2010. Therefore, defendant is directed to re-serve plaintiff at his address listed in docket #23. Plaintiff shall file opposition to the motion within 28 days of service.

DATED: January 24, 2011

                                                             /s/ Gregory G. Hollows

                                                         UNITED STATES MAGISTRATE JUDGE

GGH:035
arme2790.ord