IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

     Plaintiff,                    No. CIV S-08-2790 KJM GGH P

    vs.

S. WILLIS,

     Defendant.               ORDER

_____/

        A settlement conference, by separate order, has been set in this matter for May 14, 2012.  Should this case not resolve, however, the trial date set forth in the Pretrial Order, filed on February 3, 2012, remains in effect.  The trial confirmation hearing date is, however, hereby vacated, and the trial confirmation hearing is re-set for May 17, 2012, at 3:30 p.m.  In addition, plaintiff will participate by telephone in that hearing, rather than appear in person or by video conference, and a writ of habeas corpus ad testificandum to that effect will issue.  Moreover, since the plaintiff's participation at the hearing will be telephonic, instead of exchanging their proposed trial exhibits at the hearing as set forth in the Pretrial Order, the exhibits of the parties will be exchanged by mail twenty-one days in advance of the May 17th hearing.[1]

---

[1] Should plaintiff experience difficulty in attempting to comply with this modification, defendant should simply refer to docket # 44, wherein plaintiff has previously provided the court

1

Accordingly, IT IS ORDERED that:

1. The trial confirmation hearing date set in the <u>Pretrial</u> <u>Order</u> is vacated and is hereby re-set for May 17, 2012, at 3:30 p.m., before the Honorable Kimberly J. Mueller, plaintiff to appear by telephone at the May 17th hearing;

2. The parties are to exchange their proposed trial exhibits by U.S. mail twenty-one days before the trial confirmation hearing; and

3. The trial date, as set forth in the <u>Pretrial</u> <u>Order</u>, July 16, 2012, at 9:00 a.m. before Judge Mueller, remains in effect.

DATED: April 3, 2012

          /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
arme2790.ord

---

with copies of his proposed exhibits, in conjunction with the <u>Supplement</u> <u>to</u> <u>Pretrial</u> <u>Order</u>, at docket # 46, which provides a list of plaintiff's proposed exhibits and indicates which of them have been excluded as potential trial exhibits.