# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

        Plaintiff,           No. CIV S-08-2790 KJM GGH P

  vs.

S. WILLIS,

        Defendant.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Luis Lorenzo Arementero, inmate # V-90174, a necessary and material witness in proceedings in this case on May 17, 2012, is confined in Avenal State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear by telephonic conference at Avenal State Prison, May 17, 2012, at 3:30 p.m..

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic conference before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Avenal State Prison, #1 Kings Way, P. O. Box 8, Avenal, California 93204:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic conference, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 3, 2012

                                      /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

GGH:kly
arme2790.841tch