IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

        Plaintiff,                    No. CIV S-08-2790 KJM GGH P

    vs.

S. WILLIS,

        Defendant.             ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Sebastian Miller, who has been selected from the court's pro bono attorney panel, is hereby appointed.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Sebastian Miller is appointed as counsel in the above entitled matter. He has represented that he is preparing an engagement letter regarding the provision of services, and his appointment as counsel shall be contingent on plaintiff's executing the engagement letter and returning it to appointed counsel. Appointed counsel shall file a written notice with the court upon plaintiff's satisfactory execution and return of an engagement letter to him.

        2. Sebastian Miller shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

1      3.  The Clerk of the Court is directed to serve a copy of this order upon Sebastian Miller, Goodwin Procter, LLP, 135 Commonwealth Drive, Menlo Park, California 94025.

     4.  The case is set for a status conference on June 14, 2012 at 2:30 p.m.  The parties should be prepared to set dates for trial and settlement conference.

DATED: May 31, 2012.

_____
UNITED STATES DISTRICT JUDGE