IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

    Plaintiff,                   No. 2:08-cv-2790 AC P

    vs.

S. WILLIS,

    Defendant.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding with appointed counsel, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff's motion to re-open discovery came on for hearing on March 27, 2013. Christopher Dombkowski appeared on behalf of plaintiff and Kelly Yokley represented the defendant. Following the hearing, the court makes the following ORDERS:

        1. Plaintiff's motion to re-open discovery for the purpose of conducting limited discovery (ECF No. 71) is hereby granted;

        2. All fact discovery shall be completed on or before August 9, 2013. The scope of such discovery shall not exceed that contemplated by plaintiff's motion to re-open discovery;

        3. The parties shall disclose expert testimony and reports, if any, in accordance with Fed. R. Civ. P. 26(a)(2) on or before August 9, 2013;

1    4. All discovery of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4) shall be
2 completed on or before September 31, 2013;

3    5. In the event of any discovery disputes, the parties shall promptly meet and
4 confer and, if unable to resolve their differences informally, may contact the Courtroom Deputy
5 to schedule a telephonic discovery conference.  A Joint Statement re Discovery Dispute pursuant
6 to Local Rule 251(c) shall be filed at least 24 hours prior to the conference.  A noticed motion to
7 compel is not required.  This procedure is intended to facilitate dispute resolution without motion
8 practice if possible, in order to prevent the need for further requests to extend the deadlines set in
9 this order.  Accordingly, telephonic discovery conferences should be requested in time to permit
10 dispute resolution within existing deadlines;

11    6. The final pretrial conference is set for November 20, 2013 at 10:00 a.m. before
12 the undersigned.  Not less than seven days prior to the pretrial conference, the parties shall file a
13 joint pretrial statement in accordance with L.R. 281;

14    7. The jury trial is set for January 27, 2014 at 9:00 a.m. before the undersigned;

15    8. A party wishing to file a motion for summary judgment instead of proceeding
16 to trial may do so no later than November 13, 2013.  In the event a motion for summary
17 judgment is filed, the pretrial and trial dates and the requirement of a joint pretrial statement will
18 be vacated and reset if appropriate following adjudication of the motion(s).
19 DATED: March 27, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
arme2790.dsc+

2