UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LORENZO ARMENTERO, | No. 2:08-cv-2790 AC P |
| Plaintiff, | |
| v. | ORDER |
| S. WILLIS, | |
| Defendants. | |

On September 5, 2013, attorneys for plaintiff filed notice that the parties in this action had reached a settlement. ECF No. 79.  The court was informed that the parties anticipate filing a stipulation of dismissal once settlement funds have been deposited in plaintiff's account.

On October 18, 2013, counsel for defendant requested that the scheduling order be vacated in light of the settlement reached by the parties. ECF No. 80. Accordingly, the court hereby VACATES the scheduling order at ECF No. 78. Should the parties fail to stipulate to dismissal by March 2014, following the anticipated mid-February date for defendant's issuance of settlement funds, they must inform the court forthwith.

IT IS SO ORDERED.

DATED: October 22, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/arme2790.ord

1