UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LORENZO ARMENTERO,<br><br>   Plaintiff,<br><br>   v.<br><br>S. WILLIS,<br><br>   Defendant. | No.  2:08-cv-2790 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding with counsel, has filed a stipulation, signed by all parties, dismissing this action with prejudice.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the action has therefore been dismissed.

Accordingly, the Clerk of Court shall close this case.

DATED: February 4, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1